## MITCHELL v. COMMONWEALTH

(Decided January 17, 1930.)

Edgar T. Washburn, Wilson & Wilson and J. F. Nichols for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of section 1256, Kentucky Statutes, imposing a fine of $150.

Appeal denied. Judgment affirmed.

## SCOTT v. COMMONWEALTH

(Decided January 17, 1930.)

J. W. McKenzie for movant.

J. W. Cammack, Attorney General, and Douglas C. Vest for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of state prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied. Judgment affirmed.

## I. E. SCHILLING COMPANY v. POULAS

(Decided January 21, 1930.)

Wilson & Wilson and C. C. Bagby for movant.

W. A. Stanfill opposed.

PER CURIAM. Judgment dismissing petition seeking to recover $450, with interest.

Appeal denied. Judgment affirmed.